IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

AUGUSTINE ORISAKWE,
    Plaintiff,

v.                                                         Civil No. 3:21cv424 (DJN)

CAROLINE DETENTION FACILITY FOOD SERVICE,
    Defendant.

## MEMORANDUM OPINION

By Memorandum Order entered on July 9, 2021, the Court conditionally docketed Plaintiff's action. (ECF No. 2.) At that time, the Court instructed Plaintiff that he must immediately advise the Court of his new address in the event that he relocated. The Court explained that a failure to do so would result in dismissal of the action. By Memorandum Order entered on August 13, 2021, the Court granted Plaintiff *in forma pauperis* status and filed the action. (ECF No. 4.) On September 10, 2021, the United States Postal Service returned the August 13, 2021 Memorandum Order to the Court marked, "RETURN TO SENDER" and "Detainee No Longer At This Facility." (ECF No. 5, at 1.) Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. Accordingly, pursuant to Federal Rule of Civil Procedure 41(b), the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

Let the Clerk file a copy of this Memorandum Opinion electronically and send a copy to Plaintiff.

                                                                       /s/
                                                  David J. Novak
                                                  United States District Judge

Richmond, Virginia
Dated: September 17, 2021